UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 16 Cr. 317 (PAE) |
| -v.- | ORDER |
| RAHIM SOLANO, | |
| Defendant. | |

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ordered that that the supervised release conditions for Rahim Solano, the defendant, are modified to include court-mandated to include a 28-day detoxication treatment program within 24 hours of a negative tuberculosis test. In particular, the Court orders that:

1. The defendant shall immediately obtain a tuberculosis test and share documentation of the results of that test with his assigned Probation Officer.

2. The defendant shall participate in an in-patient program approved by the United States Probation Office for substance abuse, for a period of 90 days. Said program may include drug testing to determine whether the defendant has reverted to the use of drugs and alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Office. The defendant will be required to contribute to the cost of services rendered (copayment) in the amount to be determined by the Probation Office, based on ability to pay or availability of third-party payment.

3. The defendant is required to continue location monitoring until the defendant begins treatment, at which time the location monitoring device may be removed.

The location monitoring device may not be removed prior to treatment commencing.

SO ORDERED.

Dated:    February 9, 2023
         New York, New York

_____
THE HON. PAUL A. ENGELMAYER
United States District Judge