

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 28, 2023

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Rahim Solano*, No. 16 Cr. 317 (PAE)

Dear Judge Engelmayer:

      The Government writes pursuant to the Probation Office's and the defendant's request that the Court adjourn defendant Rahim Solano's court appearance scheduled for July 5, 2023, in order to ensure that the defendant has enough time to start outpatient treatment and for the Probation Office to monitor his compliance with that treatment prior to appearing before this Honorable Court. The Probation Office has further informed that the defendant's counselor should be able to prepare a report regarding the defendant's progress and compliance within the next three weeks. As a result, the parties jointly request that the defendant's court appearance be adjourned to August 2, 2023 at 2:00 p.m., which we understand is a time that the Court is currently available.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      By:  <u>s/ Eli J. Mark</u>
           Eli J. Mark
           Assistant United States Attorney
           (212) 637-2431

**GRANTED.** The conference is rescheduled for August 2, 2023 at 2:00 p.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 750.

      SO ORDERED.      6/28/2023

      *Paul A. Engelmayer*
      PAUL A. ENGELMAYER
      United States District Judge