UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
    -v-                                                                 :    16-CR-317-12 (PAE)
                                                                        :
RAHIM SOLANO,                                                           :        ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.  The Court directs that the defendant be housed at the Metropolitan Detention Center (MDC), which is uniquely equipped, relative to the alternative local jails, to address the defendant's need for methadone maintenance.  For avoidance of doubt, the MDC is **ORDERED** to make a bed available for the defendant **today, August 2, 2023.**

      SO ORDERED.

Dated: August 2, 2023
       New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge