UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
       -v-                   :     16-CR-317-12 (PAE)
:
RAHIM SOLANO,                                                     :     ORDER
:
       Defendant.        :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    It is hereby ORDERED that the defendant in the above captioned case, USM Number 75845-054, be released from the custody of the United States Marshal forthwith, subject to any detainers. The defendant is to be released directly into the custody of the United States Probation Department, which will arrange his transport today to the Cornerstone detoxification facility.

    SO ORDERED.

Dated: August 9, 2023
       New York, New York

                                           *Paul A. Engelmayer*
                                       PAUL A. ENGELMAYER
                                       United States District Judge