UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>RAHIM SOLANO,<br><br>Defendant. | 16 Cr. 317 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ordered that that the supervised release conditions for Rahim Solano, the defendant, are modified to include a court-mandated 28-day detoxication treatment program at the Cornerstone facility.

The Court further orders that following completion of the detoxification treatment program, the defendant shall participate in an in-patient program approved by the United States Probation Office for substance abuse, for a period of at least 6 months. Said program may include drug testing to determine whether the defendant has reverted to the use of drugs and alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Office. The defendant will be required to contribute to the cost of services rendered (copayment) in the amount to be determined by the Probation Office, based on ability to pay or availability of third-party payment.

SO ORDERED.

Dated: August 9, 2023
New York, New York

*Paul A. Engelmayer*
_____
THE HON. PAUL A. ENGELMAYER
United States District Judge