UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAHIM SOLANO,<br><br>Defendant. | 16-CR-317 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The supervisee, Rahim Solano, shall participate in a detoxification and rehabilitation services program, specifically, at Cornerstone Rehabilitation, located at 159-05 Union Turnpike, Fresh Meadows, NY, 11366, for the period of 33 days in order to complete treatment for his substance use disorders. He must continue to take any prescribed medications unless otherwise instructed by the health care provider. He must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 7, 2023
       New York, New York