UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAHIM SOLANO,<br><br>Defendant. | 16-CR-317-12 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The supervisee, Rahim Solano, shall participate in residential substance use treatment at Samaritan Daytop Village's Fox Run facility, located at 190 Fox Hollow Road, Rhinebeck, New York 12572, for the period of six (6) months, to complete treatment for his substance use disorders. He must continue to take any prescribed medications unless otherwise instructed by the health care provider. He must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

SO ORDERED.

                                                                            _____
                                                                                    PAUL A. ENGELMAYER
                                                                                    United States District Judge

Dated: October 26, 2023
           New York, New York